DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALLIANCE SPINE AND JOINT II, INC.,**
a/a/o **MIRIAM RODRIGUEZ ,**
Appellant,

v.

**INFINITY AUTO INSURANCE COMPANY,**
Appellee.

No. 4D21-427

[April 8, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey Cohen, Judge; L.T. Case Nos. COCE17-18297 and CACE20-507AP.

Nathan Saunders and Samuel Yeboah of the Yeboah Law Group, P.A., Fort Lauderdale, for appellant.

Daniel E. Nordby of Shutts & Bowen LLP, Tallahassee, and Garrett A. Tozier of Shutts & Bowen LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***